8-7-15

mr Abel Acosta I am write you to see if my Appeal is still on going I have not herd from my atterney in over A year would Pleace write me back and let me no Something I got A mandate from you but I Don't under stand it

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk

Monday, July 21, 2014
CASE # PD-1460-13
Jimmy Don Price
COA # 09-11-00592-CR Tr. NO. 2122
Polk county, 411Th District court

Thank you and may God Bless

Bunk m-20

T.D.C # 1744445

Respectfully yours   Jimmy Don Price

Boyd unit 200 Spur 113
Teague Texas 75860